## DAVID C. McKINSTRY *versus* WILLIAM H. GARDNER

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Transcript filed, motion for judgment *p. 679; (2) affidavit filed, motion for continuance granted *p. 693. *Journal 3:* (3) Leave to amend plea, rule to plead *p. 61; (4) jurors called, eleven answered *p. 72; (5) jury trial, verdict *p. 73-a; (6) notice of motion in arrest given *p. 74; (7) witness fees ordered paid *p. 74; (8) juror excused *p. 75; (9) witness fees ordered paid *p. 77; (10) witness fees ordered paid *p. 78; (11) judgment *p. 164.

PAPERS IN FILE: (1) Transcript of county court records; (2) affidavit for continuance; (3) precipe for subpoena; (4) subpoena; (5) precipe for subpoena; (6) subpoena; (7) plea of non assumpsit and notice of set off; (8) venire facias directed to coroner; (9) return to venire; (10) verdict; (11) notice of motion for new trial; (12–13) promissory notes.

*Office Docket*, MS p. 98, c. 26. Recorded in *Book A*, MS pp. 43–54.